# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRYAN GERARD AND WILBERT
GERARD

NO.   2022 CW 1299

VERSUS

RANDOM BEAUX, LLC

**FEBRUARY 1, 2023**

---

In Re:   East Baton Rouge Parish Housing Authority, applying
for supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 698631.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED**

                    **JMG**
                    **EW**
                    **SMM**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

---
DEPUTY CLERK OF COURT
FOR THE COURT